# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

YAOBIN ZHANG,

                                        Petitioner,

        v.

CHRISTOPHER J. LAROSE; DHS;
PAMELA BONDI,

                                        Respondent.

Case No.:  26cv2068 DMS DDL

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition stating they "concede[ ] that this Court should order that Petitioner receive a bond hearing, where the government would bear the burden of proof of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight." (Return at 1.)  Accordingly, Respondents are directed to arrange an individualized bond hearing for Petitioner before an immigration judge on or before **April 24, 2026**.  On or before **April 27, 2026**, Respondents shall file a Status Report confirming Petitioner has been provided with a bond hearing and setting out the result of that hearing.  In that Report, Respondents shall also provide their position on whether a further order on the Petition is necessary or if the case may be dismissed as moot.

        **IT IS SO ORDERED**.

Dated:  April 17, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

1

26cv2068 DMS DDL